**People of the State of Illinois ex rel. Dorothy M. Hynde, Plaintiffs-Appellees, v. Daniel Hopper, Defendant-Appellant.**

**Gen. No. 64–74.**

Second District.
March 26, 1965.

Allen K. Davy, of Kirkland, for appellant; James E. Boyle, State's Attorney, and James D. O'Grady, Assistant State's Attorney, both of Sycamore, for appellees. No briefs filed for appellees. Opinion by JUSTICE MORAN. Not to be published in full.